**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **MOHAMMED AL-ADAHI,** *et al.*, | : | |
| | : | |
| **Petitioners,** | : | |
| | : | |
| **v.** | : | **Civil Action No. 05-280 (GK)** |
| | : | |
| **BARACK H. OBAMA,** *et al.*, | : | |
| | : | |
| **Respondents.** | : | |

## ORDER

To ensure that the Guantanamo Review Task Force operating pursuant to Executive Order 13,492 has not made any recommendations -- and the Review Panel in connection with the same has made no decision -- that would render unnecessary or otherwise inefficient the further expenditure of judicial and party resources in this matter, it is hereby

**ORDERED**, that on or before **July 20, 2009**, in the above-captioned case, Respondents shall file with the Court *ex parte* and under seal a report detailing the current status of the Guantanamo Review Task Force review process with respect to each Petitioner. The report shall inform the Court as to whether the Guantanamo Review Task Force has made any recommendations regarding the disposition of Petitioner. If a recommendation regarding the disposition of Petitioner has been made, the report shall also address whether the Review Panel has made any decisions in connection with the recommendation. If no recommendation has been made, the report shall provide an estimated timetable, based on the then-available information, for that recommendation; and it is further

**ORDERED**, that Respondents shall be under an affirmative and ongoing obligation to immediately notify the Court of any changes to Petitioner's status.

July 8, 2009

/s/ _____
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**